FILED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 07 2015

Abel Acosta, Clerk

NO. 05-13-00306-CR

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

KAREN PATRICIA BOWIE
V
THE STATE OF TEXAS

FROM Appeal NO. 05-13-00306-CR
Trial Cause NO. 380-8148-2011
Collin County, Texas

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Karen Patricia Bowie, Petitioner, and files this Motion for an extension of ninety (90) days in which to file a Petition for Discretionary Review in support of this motion, petitioner shows the court the following:

### I.

The Petitioner was convicted in the 380th District Court of Collin County, Texas of Penal Code 31.03, Theft, in Cause NO. 380-8148-2011, Styled State of Texas v. Karen Patricia Bowie. The Petitioners replacement, unchosen, court appointed counsel submitted an Anders Brief without consent of Petitioner, to the Court of Appeals for the Fifth District at Dallas. The case was affirmed and modified on Nov. 24, 2014.

## II.

The present deadline for filing the Petition for Discretionary Review is January 6th, 2015. The Petitioner has not requested any extensions prior to this request.

## III.

Petitioners request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming and modifying her case until December 3, 2014. Since that time the Petitioner has been attempting to gain legal representation in this matter. The Petitioners chosen appellate of record for her Appeal to have been Submitted was also her trial attorney, Counselor William L. Schultz. Counselor Schultz was unable to complete her Appellate Brief within the generous time extensions granted by the Honorable Court of Appeals.

Replacement counsel, in turn, against approval of Petitioner, within 3 months of appointment, filed an Anders Brief with the Court of Appeals.

The Anders Brief is contradictive the Appellate Brief Counselor Schultz intended to file wherein he identified a number of issues he deemed and could evidence were worthy of reversal, inclusive of the verdict being Contrary to the law and evidence.

WHEREFORE, Petitioner prays this Court grant this Motion and extend the deadline date for filing the Petition for Discretionary Review

In CASE NO: 05-13-00306-CR UNTIL April 3, 2015.

_Karen Patricia Bowie_
Petitioner, pro se
KAREN PATRICIA BOWIE
#1839441
CHRISTINA MELTON CRAIN UNIT,
SYCAMORE 2A-3
1401 STATE SCHOOL ROAD
GATESVILLE, TEXAS 76599

## CERTIFICATE of SERVICE

I Certify that a true and correct copy of the above and foregoing "FIRST MOTION for EXTENSION of TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW." has been forwarded by U.S. Mail, First Class to the Clerk of the Court of Criminal Appeals, Court of Criminal Appeals 12308 Capitol Station, Supreme Court Building, Austin, TEXAS 78711 on this the 2nd day of January, 2015

_Karen Patricia Bowie_
Petitioner, pro se

I, Karen Patricia Bowie, TDCJ # 1839441, being presently incarcerated in the Christina Mellon Crain Unit of the TEXAS DEPARTMENT of Criminal Justice in Coreyell County, TEXAS verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 1st day of January, 2015

_Karen Patricia Bowie_
Petitioner pro se. TDCJ #1839441

Karen P. Bowie - #1839441
Crain - Sycamore 2-A3
1401 State School Road
Gatesville. Texas 76599

State of Texas. Clerk of the Court          January 1, 2015
Court of Criminal Appeals
12308 Capitol Station
Supreme Court Building
Austin. Texas 78711

Dear Clerk of the Court:

Enclosed please find my pro se Defendant's
"Motion for Extension of Time to File Petition
for Discretionary Review." Please file
this Motion and bring it to the attention
of the Court.

I would appreciate if you would please
date and stamp this letter and return
a copy to me at the address above And
request You notify me of the Court's
decision on my Motion.

Respectfully submitted,

Karen P. Bowie
Petitioner, pro se

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 07 2015

Abel Acosta, Clerk